

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-13-00034-CV

Julio Marcos **AGUILERA**,
Appellant

v.

Delmis Sirey **AGUILERA**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-16322
Honorable Larry Noll, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is ABATED and REMANDED to the trial court with instructions to enter findings pursuant to section 154.130(b) of the Texas Family Code within 30 days from the date of this order. *See* TEX. FAM. CODE ANN. § 154.130(b) (West Supp. 2013). The trial court clerk is ORDERED to prepare a supplemental clerk's record containing the findings and to file the supplemental clerk's record in this court no later than 10 days from the date the trial court makes the findings.

It is so **ORDERED** on February 26, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February 2014.

_____
Keith E. Hottle, Clerk